# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2623

_____

Jimmy Eugene Harris,                          *
                                              *
       Appellant,                    *
                                              *
    v.                                      *
                                              *
Tucker Unit Therapeutic Community             *
Staff; Chism, Mr., T. C. Program              *
Leader, Tucker Unit Therapeutic               *
Community, Arkansas Department                *
of Correction; Lamb, Mr., T. C.,              *   Appeal from the United States
Counselor, Tucker Unit Therapeutic            *   District Court for the
Community, Arkansas Department of             *   Eastern District of Arkansas.
Correction; Peggy Rameriz, Ms., T. C.         *
Program Operations Manager/Program            *
Leader, Tucker Unit Therapeutic               *
Community, Arkansas Department of             *
Correction; Roger Cameron, Mr., T. C.         *
Project Coordinator, Tucker Unit              *
Therapeutic Community, Arkansas               *
Department of Correction,                     *
                                              *
       Appellees.                    *

_____

Submitted:  October 7, 1999
Filed:  December 3, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Jimmy Eugene Harris, an Arkansas inmate, appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a). Having carefully reviewed the record and the parties' briefs, we affirm on the basis that Harris's complaint failed to state a claim of deliberate indifference to his medical needs by prison authorities. See Farmer v. Brennan, 511 U.S. 825 (1994).

Accordingly, we affirm the judgment of the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.